No. 71–657. HAWAIIAN LAND CO., LTD. *v.* DIRECTOR OF TAXATION OF HAWAII. Appeal from Sup. Ct. Hawaii dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–726. JORDAN *v.* MEISSER ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 71–767. KAWITT ET AL. *v.* MAHIN, DIRECTOR OF REVENUE OF ILLINOIS, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 71–735. REY *v.* UNITED STATES. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–822. KING *v.* CITY OF SAN BERNARDINO ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–746. HARGROVE *v.* NEWSOME ET AL. Appeal from Sup. Ct. Tenn. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.